# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MYRA DEGERSDORFF, | ) |
|    Plaintiff, | ) ) |
| v. | ) ) Case No. 2:25-cv-02506-SHL-cgc |
| MAYFLOWER TRANSIT, LLC, | ) ) |
|    Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Myra Degersdorff's Complaint (ECF No. 1), filed on May 13, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that, in accordance with the Stipulation of Dismissal filed October 7, 2025 (ECF No. 26), all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 7, 2025
Date